# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                              **ORDER**
                                  Crim. No. 14-233(2) ADM/TNL

Karin Jaime-Perez,

        Defendant.

---

Benjamin Bejar, Esq., United States Attorney's Office, Minneapolis, MN, on behalf of the Plaintiff.

Alberto O. Miera, Esq., Miera Law Office, St. Paul, MN, on behalf of the Defendant.

---

        This matter is before the undersigned United States District Judge for a ruling on Defendant's Objection [Docket No. 38] to Magistrate Judge Tony N. Leung's September 19, 2014 Report and Recommendation [Docket No. 36] ("R&R"). Magistrate Judge Leung's recommendation to deny Defendant's motion to suppress evidence [Docket No. 17] is well-reasoned and comprehensive. In his objection, Defendant makes no new arguments that need to be discussed here.

        Based on the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

        1.        Defendant's Objection [Docket No. 38] is **OVERRULED**; and

2. Judge Leung's September 19, 2014 R&R [Docket No. 36] is **ADOPTED**.

BY THE COURT:

    s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: October 14, 2014.